COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION

Cause number:   01-16-00651-CR

Style:     Hunter Ryan Hamilton Woods v. The State of Texas

Date motion filed[*]: January 2, 2017

Type of motion:  Second Motion for Extension of Time Within Which to File Brief

Party filing motion: Appellant's Counsel Patti Sedita

Document to be filed: Appellant's Brief

Is appeal accelerated?  No.

If motion to extend time:

  Original due date:    October 14, 2016

  Number of extensions granted:  1   Current Due Date:  December 13, 2016

  Date Requested:    February 13, 2017 (120 days from original deadline)

Ordered that motion is:

  ☑ Granted
    If document is to be filed, document due:  February 13, 2017.
    ☑  No further extensions of time will be granted.
  ☐ Denied
  ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
  ☑ Other: _____

  On December 23, 2016, the Clerk of this Court notified appellant that if an extension with or without a brief was not filed within 10 days, this Court would abate for a late-brief hearing.  *See* TEX. R. APP. P. 38.8(b)(2).  Because appellant's counsel's second extension was timely filed and states that several work matters and a family issue precluded her work on this and other briefs, this extension is **granted**, but counsel is warned that **no further extensions will be granted**.  *See id.* 10.5(b)(1)(C), 38.6(d).  Accordingly, if appellant's brief is not filed by **February 13, 2017**, the Court will abate this appeal for a late-brief hearing.  *See id.* 38.8(b)(2).

Judge's signature: /s/ Laura Carter Higley
      X  Acting individually      ☐  Acting for the Court
Date: January 5, 2017